**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

                              Case No.:  09−38864−GMB
                              Chapter:  7
                              Judge:  Gloria M. Burns

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Christian Luna
   105 Seagull Drive
   Egg Harbor Twp., NJ 08234

Social Security No.:
   xxx−xx−2366

Employer's Tax I.D. No.:

---

**NOTICE OF PROPOSED ABANDONMENT**

     Brian Thomas, Trustee for the above−captioned case, has filed a notice of intent to abandon certain property described below as being of inconsequential value to the estate.
     If any creditor or other party in interest has an objection to the proposed abandonment, the objection and a request for a hearing on such objection shall be in writing, served upon the Trustee and filed with the Clerk of the United States Bankruptcy Court. Such objection and request shall be filed with the Clerk and served upon the Trustee no later than February 10, 2010.
     In the event an objection is timely filed, a hearing will be held before the Honorable Gloria M. Burns on

DATE:           2/16/2010
TIME:           10:00 AM
COURTROOM:   4C

     If no objection is filed with the Clerk and served upon the Trustee on or before February 10, 2010, the abandonment will take effect on the fifth day following the last day to file objections.

---

The description of the property to be abandoned is as follows:
105 Seagull Drive, Egg Harbor Township, NJ
Value $130,482.

The liens on the property to be abandoned are as follows
(including amount claimed due):
1st $162,000. Florida Opportunities
2nd $40,000. Chase Home Finance

The amount of equity claimed as exempt by the debtor is:

---

     Request for additional information about the property to be abandoned should be directed to the Trustee at:
Brian Thomas
Brian Thomas, Esq
327 Central Avenue
Suite 103
Linwood, NJ 08221

(609) 601−6066

    or the trustee's attorney (if applicable) at:

Dated: January 21, 2010
JJW:

                                                                     James J. Waldron
                                                                       Clerk

# CERTIFICATE OF NOTICE

```
District/off: 0312-1           User: jpeirce                Page 1 of 1            Date Rcvd: Jan 21, 2010
Case: 09-38864                 Form ID: 154                 Total Noticed: 11

The following entities were noticed by first class mail on Jan 23, 2010.
db          +Christian Luna,    105 Seagull Drive,     Egg Harbor Twp., NJ 08234-1722
smg          U.S. Attorney,    970 Broad St.,    Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg         +United States Trustee,    Office of the United States Trustee,    One Newark Center,    Suite 2100,
              Newark, NJ 07102-5235
510165584    Bank of America,    POB 15220,    Wilmington, DE 19886-5220
510165585    Best Buy,    POB 17298,    Baltimore, MD 21297-1298
510165586    Chase,    Cardmember Services,    POB 15153,    Wilmington, DE 19886-5153
510165587    Chase Home Finance,    POB 24696,    Columbus, OH 43224-0696
510165588   +Florida Opportunities, Inc.,    4248 Town Center Blvd., Ste. #3,    Orlando, FL 32837-6107
510165589   +Raymour & Flanigan,    800 Walnut Street,    F4030-04C,    Des Moines, IA 50309-3605
510165590   +Wells Fargo,    Correspondence X2501-01T,    1 Home Campus,    Des Moines, IA 50328-0001

The following entities were noticed by electronic transmission on Jan 21, 2010.
510199024    E-mail/PDF: rmscedi@recoverycorp.com Jan 22 2010 02:32:03
              Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
              Miami, FL 33131-1605
                                                                                              TOTAL: 1

             ***** BYPASSED RECIPIENTS *****
 NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 23, 2010**                     **Signature:**    *Joseph Speetjens*