Form 177 – fnldec

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                Case No.: 09–38864–GMB
                Chapter:  7
                Judge:  Gloria M. Burns

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Christian Luna
   105 Seagull Drive
   Egg Harbor Twp., NJ 08234

Social Security No.:
   xxx–xx–2366

Employer's Tax I.D. No.:

## FINAL DECREE

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Brian Thomas is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.


Dated: <u>February 22, 2010</u>                <u>Gloria M. Burns</u>
                                                Judge, United States Bankruptcy Court